THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 Charles W. McCormick,  Appellant.
 
 
 
 

Appeal from Beaufort County
Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No. 2010-UP-100
 Submitted January 4, 2010  Filed February
4, 2010   

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Donald J. Zelenka, all of Columbia; Solicitor Issac McDuffie Stone,
 III, of Beaufort, for Respondent.
 
 
 

PER CURIAM: Charles W. McCormick appeals his convictions for
 murder, second-degree arson, and possession of a firearm during the commission
 of a violent crime.  McCormick filed a separate pro se brief and supplementary
 pro se brief.  After a
 thorough review of the record and all briefs, pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS, PIEPER, and Lockemy, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.